24 CR 229



# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
LAUREN M. IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States*



___FILED  ___RECEIVED
___ENTERED ___SERVED ON
           COUNSEL/PARTIES OF RECORD

OCT - 8 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY THURTLE,<br><br>Defendant. | **SEALED**<br>**CRIMINAL INDICMENT**<br><br>Case No.: 2:24-cr-0229-APG-NJK<br><br>**VIOLATION:**<br><br>Count One:<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8) –<br>Possession of a Firearm by a Prohibited Person |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*

On or about April 10, 2024, in the State and Federal District of Nevada,

**TIMOTHY THURTLE,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Theft*, on or about March 22, 2004, in Clark County, Nevada under case number C178292; and *Assault with a Deadly Weapon*, on or about June 5, 2007, in Clark County, Nevada under case number C230919; did knowingly possess a firearm,

1

to wit: Springfield Armory Hellcat, 9mm pistol bearing serial number: BY257031, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**DATED:** this 8th day of October, 2024.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

LAUREN M. IBANEZ
Assistant United States Attorney

2