UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE **March 31, 2022** TERM. **22-01**

**MINUTES OF COURT**

DATE: October 8, 2024 @ 12:16 p.m. – 12:25 p.m.

PRESENT: The Honorable Maximiliano D. Couvillier, III, U.S. Magistrate Judge.

DEPUTY CLERK: Araceli Bareng          REPORTER: Natasha Bachman

UNITED STATES ATTORNEY: Tina Snellings          COURTROOM: 3A

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **2** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| Case Number | Defendant | Status |
|---|---|---|
| 2:24-cr-0228-JCM-MDC | 1 SEALED DEFENDANT | WARRANT |
| 2:24-cr-0229-APG-NJK | 1 SEALED DEFENDANT | WARRANT |
| 2:24-cr-0103-JAD DJA SUPERSEDING | CESAR MEDINA-JUAREZ, | LOCAL FEDERAL CUSTODY |
| | OMAR ORTIZ NEGRETE, Aka: Raul Guzman Ortiz | LOCAL FEDERAL CUSTODY |
| 2:24-cr-0230-APG-BNW 2:24-mj-0782-DJA | CHRISTOPHER LEE AVIST | LOCAL FEDERAL CUSTODY |

**IT IS ORDERED** that the Arraignment & Plea in case **2:24-cr-0103 and 2:24-cr-230** will be held on **Wednesday, October 16, 2024 @ 2:30 p.m.** before **MAGISTRATE JUDGE DANIEL J. ALBREGTS in Courtroom 3A.**

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk
United States District Court

/S/Araceli Bareng
_____
Deputy Clerk