**SAO**
ERICK M. FERRAN, ESQ**.**
Nevada State Bar No. 9554
HITZKE & FERRAN LLP.
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*erick.ferran@hitzkelaw.com*
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **2:24-cr-00229-APG-NJK** |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL** |
| vs. | |
| TIMOTHY THURTLE, | **(SECOND REQUEST)** |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between JASON FRIERSON, ESQ., Acting United States Attorney, and LAUREN IBANEZ, ESQ., Assistant United States Attorney, counsel for the United States of America, and ERICK M. FERRAN, ESQ., counsel for Defendant TIMOTHY THURTLE, that the Trial date in the above-captioned matter, currently set for April 21, 2025, at 9:00 a.m., and the calendar call, currently set for April 15, 2025, at 09:00 p.m., be continued for at sixty (60) days or to a time convenient to this Honorable Court.

This stipulation is entered into for the following reasons:

1. Defense Counsel requires additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. Defense Counsel and Assistant United States Attorney are currently in negotiations.

3. Defendant Thurtle is currently on pre-trial release and does not object to the continuance.

4. All parties involved agree to the continuance.

5.  This is the second request for a continuance of trial.

6.  Denial of this request for continuance would result in a miscarriage of justice.

7.  This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

8.  The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

9.  For all the above-stated reasons, the ends of justice would be best served by a continuance of the trial date.

DATED this 24TH day of March 2025.


/s/ Erick M. Ferran, Esq.                     /s/ Lauren Ibanez, Esq.
ERICK M. FERRAN, ESQ.                         LAUREN IBANEZ, ESQ.
*Counsel for Defendant Thurtle*               *Assistant United States Attorney*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>TIMOTHY THURTLE,<br><br>       Defendant. | CASE NO.: 2:24-cr-00229-APG-NJK<br><br>**ORDER TO CONTINUE TRIAL** |

## **FINDINGS OF FACT**

Based on the pending Stipulations of the parties, and good cause appearing therefore, the Court finds that:

1. Defense Counsel requires additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. Defense Counsel and Assistant United States Attorney are currently in negotiations.

3. Defendant Thurtle is currently on pre-trial release and does not object to the continuance.

4. All parties involved agree to the continuance.

5. This is the second request for a continuance of trial.

6. Denial of this request for continuance would result in a miscarriage of justice.

7. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

8. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

9. For all the above-stated reasons, the ends of justice would be best served by a continuance of the trial date.

## CONCLUSIONS OF LAW

1. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to prepare for trial effectively and thoroughly taking into account the exercise of due diligence.

2. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

3. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

4. For all the above-stated reasons, the ends of justice would be best served by a continuance of the trial date.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## <u>ORDER</u>

**IT IS ORDERED** that the calendar call scheduled for April 15, 2025, at 9:00 a.m., and the trial currently scheduled for April 21, 2025, at 9:00 a.m., are continued.

**IT IS FURTHER ORDERED** that the Calendar Call in this matter be scheduled for the _____ day of _____, at _____ am/pm.

**IT IS FURTHER ORDERED** that the Trial in this matter be scheduled for the _____ day of _____, at _____ am/pm.

**IT IS FURTHER ORDERED** by and between the parties herein, the deadlines for filing any and all motions are hereby due on or before the _____ day of _____, 2025.

**IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleadings, are hereby due on before the _____ day of _____, 2025.

**IT IS FURTHER ORDERED** that the deadlines for filing any and all replies to dispositive motions are hereby due on or before the _____ day of _____, 2025.

**DATED** this _____ day of _____, 2025.


_____
UNITED STATES DISTRICT JUDGE