AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                     COUNSEL/PARTIES OF
APR 16 2025
CLERK US
DIST
BY:_____
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:24-mj-229-APG-NJK |
| TIMOTHY TURTLE, | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | USDC<br>300 Las Vegas Blvd So<br>Las Vegas, NV 89101 | Courtroom No.: | Magistrate Judge Couvillier, III<br>3C |
|---|---|---|---|
| | | Date and Time: | 04/16/2025 @ 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 16, 2025

_____
*Judge's signature*

MAXIMILIANO D COUVILLIER, III,
_____
*Printed name and title*