**SAO**
ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
HITZKE & FERRAN LLP.
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*erick.ferran@hitzkelaw.com*
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

    vs.

TIMOTHY THURTLE,

           Defendant.

**CASE NO.: 2:24-cr-00229-APG-NJK**

**STIPULATION TO CONTINUE HEARING RE: REVOCATION OF PRETRIAL RELEASE**

**FIRST REQUEST**

**IT IS HEREBY STIPULATED AND AGREED**, by and between SIGAL CHATTAH, ESQ., Interim United States Attorney, and LAUREN IBANEZ, ESQ., Assistant United States Attorney, counsel for the United States of America, and ERICK M. FERRAN, ESQ., counsel for Defendant TIMOTHY THURTLE, that the Revocation of Pretrial Release Hearing date in the above-captioned matter, currently set for April 21, 2025, at 1:00 p.m., be continued for at least seven (7) days or to a time convenient to this Honorable Court.

    This stipulation is entered into for the following reasons:

1. Defense Counsel has a scheduling conflict and will be in a Family Court Trial in the Eighth Judicial District Court, County of Clark, State of Nevada during the same scheduled time as the hearing set in the above captioned matter.

2. Defense Counsel and Assistant United States Attorney are currently in negotiations.

3. Defendant Thurtle is currently in the custody of the United States Marshals and does not object to the continuance.

4. All parties involved agree to the continuance.

5. This is the first request for a continuance of hearing.

6. Denial of this request for continuance would result in a miscarriage of justice.

7. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

8. For all the above-stated reasons, the ends of justice would be best served by a continuance of the hearing date.

DATED this 18TH day of April 2025.


/s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ.
*Counsel for Defendant Thurtle*

/s/ Lauren Ibanez, Esq.
LAUREN IBANEZ, ESQ.
*Assistant United States Attorney*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.: 2:24-cr-00229-APG-NJK** |
| Plaintiff, | **ORDER TO CONTINUE HEARING RE: REVOCATION OF PRETRIAL RELEASE** |
| vs. | |
| TIMOTHY THURTLE, | |
| Defendant. | |

## <u>FINDINGS OF FACT</u>

Based on the pending Stipulations of the parties, and good cause appearing therefore, the Court finds that:

1. Defense Counsel has a scheduling conflict and will be in a Family Court Trial in the Eighth Judicial District Court, County of Clark, State of Nevada during the same scheduled time as the hearing set in the above captioned matter.

2. Defense Counsel and Assistant United States Attorney are currently in negotiations.

3. Defendant Thurtle is currently in the custody of the United States Marshals and does not object to the continuance.

4. All parties involved agree to the continuance.

5. This is the first request for a continuance of hearing.

6. Denial of this request for continuance would result in a miscarriage of justice.

7. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

8. For all the above-stated reasons, the ends of justice would be best served by a continuance of the hearing date.

**CONCLUSIONS OF LAW**

1. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to prepare for trial effectively and thoroughly taking into account the exercise of due diligence.

2. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

3. For all the above-stated reasons, the ends of justice would be best served by a continuance of the trial date.

**ORDER**

**IT IS ORDERED** that the hearing currently scheduled to commence on April 21, 2025, at the hour of 1:00 p.m., regarding Defendant's Revocation of Pretrial Release is continued.

**IT IS FURTHER ORDERED** that the hearing regarding Defendant's Revocation of Pretrial Release in this matter be scheduled for the _____ day of _____, at _____ am/pm.

**DATED** this _____ day of _____, 2025.


_____
UNITED STATES MAGISTRATE JUDGE