**BREF**
ERICK M. FERRAN, ESQ**.**
Nevada State Bar No. 9554
HITZKE & FERRAN LLP.
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*erick.ferran@hitzkelaw.com*
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.: 2:24-cr-00229-APG-NJK** |
| Plaintiff, | **MEMORANDUM RE: REVOCATION OF PRETRIAL RELEASE** |
| vs. | |
| TIMOTHY THURTLE, | |
| Defendant. | |

Defendant Timothy Thurtle, by and through his counsel of record, Erick M. Ferran, Esq.,
from the law office of HITZKE & FERRAN LLP., and files this instant Memorandum
Re: Revocation of Pretrial Release.

This Memorandum is made and based upon all the papers and pleadings on file herein, the
attached Declaration of Counsel, the Memorandum of Points and Authorities, and any additional
oral argument taken at the time set hearing this Motion.

DATED this 1ST day of May 2025.

**HITZKE & FERRAN LLP.**

/s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ**.**
Nevada State Bar No. 9554
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Attorneys for Defendant*

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. Procedural History

On or about October 8, 2024, a Grand Jury was convened and ultimately returned a True Bill on an Indictment against Defendant, Timothy Thurtle, charging him with one count of Possession of a Firearm by a Prohibited Person, a violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(8). ECF No. 1. The Indictment alleges that on or about April 10, 2024, Mr. Thurtle, while in the District of Nevada and knowing that he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: Theft, on or about March 22, 2004, in Clark County, Nevada under case number Cl78292; and Assault with a Deadly Weapon, on or about June 5, 2007, in Clark County, Nevada under case number C230919; did knowingly possess a firearm, to wit: Springfield Armory Hellcat, 9mm pistol bearing serial number: BY257031, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, U.S.C. §§ 922(g)(l) and 924(a)(8).

Mr. Thurtle was arrested on or about November 8, 2024, and was arraigned on November 12, 2024, before your Honor. ECF No. 5. Following oral arguments made by the United States as well as the undersigned, and after consideration of recommendations from the United States Pretrial Services Office, Mr. Thurtle was released on an Appearance Bond with the following special conditions: 1) Submit to supervision by and report for supervision to the U.S. Pretrial Services Office; 2) Continued to actively seek employment; 3) Not possess a firearm, destructive device, or other weapon; 4) Have no contact, directly or indirectly, with known or suspected outlaw motorcycle gang members. ECF No. 6.

Ultimately, on November 25, 2024, the undersigned, on behalf of Mr. Thurtle filed an Unopposed Motion to Modify Conditions of Pretrial Release. The basis for the Motion was to allow Mr. Thurtle to continue operating and conducting business with his company, TCB Productions LLC., which employees a number of individuals that would likely be identified by the United States Government as members and/or associates of the Pagans Motorcycle Club, as well as others. ECF No. 13. This Court granted the unopposed Motion, and the Order Modifying Pretrial Release Conditions was signed by this Court on November 26, 2024. ECF No. 14.

While on pretrial supervision, between November 26, 2024, and the date of his arrest in the State of California, March 8, 2025, Mr. Thurtle incurred absolutely no violations. While the undersigned will not dispute the gravity of the charges filed against Mr. Thurtle in San Diego County, California, he immediately retained counsel, who advised the undersigned of his arrest and detention in California. The undersigned, as more thoroughly outlined below, took immediate steps to notify Ms. Barlow with Pretrial Services. Furthermore, the California Superior Court granted Mr. Thurtle a bond in the amount of $500,000.00, which has been posted. In addition to the monetary bail setting, Mr. Thurtle has also been admonished by the San Diego Court to refrain from contacting/interacting with his co-defendants, to stay away from known outlaw motorcycle gang members, to stay away from the victim, and to remain out of trouble.

Mr. Thurtle now comes before the Court in response to Pretrial Services' Motion for an Order to Show Cause why Defendant's Pretrial Supervision Should Not Be Revoked. Ultimately, Mr. Thurtle is 64 years old and suffers from a variety of major health complications that have already been and will only continue to exacerbate should he continue to be remanded in pretrial custody. Mr. Thurtle, for the last decade, has been under medical care for pulmonary arterial hypertension associated with granulomatous vasculopathy. As a result from his medical diagnosis, his physician has prescribed Tyvaso Dpi 64MCG, which on average costs $24,749.29 – this prescription can only be obtained through a specialty pharmacy. In addition to his pulmonary arterial hypertension, Mr. Thurtle has been under continuous medical care and supervision for severe gastroesophageal reflux disease, bronchitis, chronic hepatitis C, depressive disorder, obstructive sleep apnea, and erythrocytosis.

## I. ARGUMENT

As aforementioned, the undersigned will not dispute the gravity and seriousness of the charges filed against Mr. Thurtle in San Diego County, California. However, in speaking with Mr. Thurtle's counsel in California, the undersigned wishes to clarify that while a firearm, ammunition, and magazines were located at the time of Mr. Thurtle's arrest in California, they were not found on or near his person. Mr. Thurtle was a passenger in the vehicle in which the firearm, ammunition, and magazines were located, and moreover, was cooperative with law

enforcement at the time of his arrest. The California state case is in its infancy, and in speaking with Mr. Thurtle's California counsel, discovery remains ongoing. While a magistrate in California did find probable cause for the charges, Mr. Thurtle has not been convicted of committing any crime and is presumed innocent until proven guilty. The preliminary hearing in that matter is currently scheduled for June 5, 2025.  The information received to-date by the undersigned would seem to indicate that Mr. Thurtle's involvement in any activities was as a minimal participant, if at all.

Given that prior to his California arrest, Mr. Thurtle was compliant with pretrial services, and despite the rebuttable presumption under 18 USC § 3142(e)(2), the undersigned believes that there are alternative methods which the Court may consider to ensure the continued safety of the public, while also ensuring Mr. Thurtle is remains compliant with the terms of his pretrial supervision, and continues to appear at all future proceedings. These alternative methods include having Mr. Thurtle post an unsecured or third-party bond and/or residence detention. Any of these alternative release conditions will ensure that 1) Mr. Thurtle remains compliant while out of custody, 2) ensures the safety of the public, and 3) ensures that Mr. Thurtle continues to make each and every court appearance as it pertains to this instant matter.

Furthermore, by reinstating Mr. Thurtle's pretrial release and imposing additional conditions versus remanding Mr. Thurtle, he will be allowed to continue to receive the same standard of medical care that he was receiving prior to his arrest in California. Following his arrest in California, Mr. Thurtle has experienced a number of setbacks to his health given that he has been in the custody for, as of the date of this filing, 54 days.  As far as the undersigned can visually observe, it appears that Mr. Thurtle has decreased in weight by at least twenty-five (25) pounds.

Furthermore, this Honorable Court should note that should it choose to impose additional pretrial release conditions on Mr. Thurtle, he (through his immediate family) has already posted a significant monetary bond in California, which has caused substantial financial strain on him and his immediate family. Given that such a substantial bond has been posted, Mr. Thurtle has absolutely no reason to violate his conditions of release, either in this case or the case pending before the California Superior Court. Any such violation would impose a significant financial

hardship on him and his immediate family. Mr. Thurtle recognizes his shortcomings with respect to this pretrial release violation and has come to the realization that he must comply with each, and every condition imposed on him if released from custody.  He is the manager of a small business, and, without him, that small business struggles with respect to contacts, communication, leads, and, foremost, number of events. Mr. Thurtle is the engine that runs the company.

As previously highlighted, the undersigned, upon receiving notice of Mr. Thurtle's arrest in California, was proactive in immediately contacting Ms. Barlow with Pretrial Services to apprise her of the situation. Initial contact with Ms. Barlow occurred on March 11, 2025, via a telephone call with Mr. Black from my office at approximately 6:24 p.m. Mr. Black advised Ms. Barlow of Mr. Thurtle's arrest, at which time she thanked him for the information and ended the call. Following Mr. Thurtle's arraignment in California, the Court advised Mr. Thurtle's counsel there, that a federal hold had been placed, but that no further information was available with respect to addressing the federal hold. Ultimately, the undersigned wanted nothing more than to ensure that Mr. Thurtle was returned to the immediate jurisdiction so that he could immediately address any potential pretrial violations and continue to address the original Indictment.

Between March 18, 2025, and April 10, 2025, the undersigned had several phone conversations and sent no less than six separate emails to Ms. Ibanez and Ms. Barlow, inquiring about addressing the federal hold. Between March 18, 2025, and March 24, 2025, Ms. Ibanez claimed to know absolutely nothing about the federal hold. On March 25, 2025, Ms. Ibanez responded via email and advised that she had contacted the United States Marshals Service, and the only information that they provided her was that the federal hold pertained to a pretrial release warrant. Ms. Ibanez further represented to the undersigned that she had not filed anything into the case since the Indictment. While the undersigned can appreciate the responsibility of Pretrial Services and further appreciates the procedures for which Pretrial Services and this Court are bound, this Court can imagine the astonishment when the undersigned received the Petition for Action on Conditions of Pretrial Release (hereinafter the "Petition") which was filed under seal on March 11, 2025. ECF No. 19.  Mr. Thurtle has made no attempt to evade the jurisdiction or

authority of this Court. Instead, he has made every effort to try to resolve this issue as promptly as possible.

## II. LEGAL STANDARD

While Mr. Thurtle acknowledges his violating the terms of his pretrial release, it is important to consider the broader context and their overall conduct. The core principles of 18 U.S. Code § 3142 are designed not to punish pretrial behavior, but to reasonably assure court appearance and public safety.

18 U.S. Code § 3142(g)(3)(A) states in pertinent part:

(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings;

When considering alternative methods of supervision and/or sanctions that this Court can impose upon Mr. Thurtle, this Honorable Court should consider the following:

**Strong Community Ties**: Mr. Thurtle has longstanding ties in the immediate jurisdiction, including family, employment, and housing—factors that support continued release under revised conditions.

**Remorse and Willingness to Comply**: Mr. Thurtle has demonstrated genuine remorse and is prepared to remain in custody but respectfully requests that this Honorable Court consider imposing additional, pretrial release conditions (e.g., electronic monitoring, increased supervision).

**Detention is Unnecessary and Harmful**: Pretrial detention would disrupt rehabilitation efforts, jeopardize the small business for which he is a partner, family responsibilities, and most importantly, would have severe, negative health complications. *See* **Exhibit A.**

**Custody Time Incurred:** Since the date of his arrest in California, Mr. Thurtle has incurred 54 days in custody. This time includes time in custody pending his bond being posted in California, as well as the time in custody awaiting hearing on this instant matter.

**Length of Residence in the Community:** Mr. Thurtle has been a lifelong resident of the District of Nevada and has no ties to any other jurisdiction with all of his immediate family residing here.

**Drug and Alcohol Abuse:** Mr. Thurtle does not currently use drugs and/or alcohol, has remained sober for 20 years, and is proud of his sobriety.

Pursuant to statute, detention should be the last resort when no condition or combination of conditions will suffice. In this instant case, the violation—while serious—can be adequately addressed with stricter release terms rather than incarceration. The undersigned respectfully requests the court to consider reinstating release under modified conditions that would allow Mr. Thurtle's small business to continue to flourish and succeed and which would not result in the deprivation of his appropriate medical treatment.

## **CONCLUSION**

For the aforementioned reasons, the undersigned on behalf of Mr. Thurtle, respectfully requests that this Honorable Court grant the relief sought herein.

DATED this 1ST day of May 2025.

**HITZKE & FERRAN LLP.**

/s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ**.**
Nevada State Bar No. 9554
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Attorneys for Defendant*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an attorney of counsel with HITZKE & FERRAN LLP., and that on this 1ST day of May 2025, I did cause a true and correct copy of:

**MEMORANDUM RE: REVOCATION OF PRETRIAL RELEASE**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing system in this action, including:

Lauren Ibanez, Esq.
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Boulevard
Las Vegas, Nevada 89101
Lauren.Ibanez@usdoj.gov

/s/ Erick M. Ferran, Esq.
*An employee of Hitzke & Ferran LLP.*

# EXHIBIT A

**LUNG CENTER OF NEVADA; LUNG CENTER OF NEVADA
Las Vegas, NV**

**THURTLE**, TIMOTHY N

| | | |
|---|---|---|
| Date of Birth | Male / Sex | MEDICARE PART B NEVADA / PO BOX 6776, SELF PAY AFTER INSURANCE / Insurer — Patient Id |

LAS VEGAS, NV 89130-1054
Address

(702) ▮
Home Phone

Home Email

English (preferred)
Language

White
*Race*

Not Hispanic or Latino
*Ethnicity*

Married
Marital Status

Emergency Contact

Unknown
Address

Home Phone

Continuity of Care Document

## Reason for Referral

Reason not specified

**Section Comments**

This document includes the Assessments and Reason for Referral (if specified) from the pertinent patient encounter. It also includes a longitudinal representation of the patient's chart.

## Assessments

**Assessed Problems**

Pulmonary hypertension, primary (Principal Diagnosis) (I27.0) - WHO Group I, NYHA functional class III symptoms. Clinically seems worse based on ADLs and RHC 3/10. But patient is reluctant to try additional treatment. He is reluctant for Flolan. Does not want ERAs due to need for blood draws. Could not tolerate Ventavis.
8/14/14 not tolerating Letairis due to severe nasal congestion eventhough he did feel better
NYHA Func Class III
subjectively much worse now with chest tightness and restrictive feeling.
10/30/2014 HD worse. NYFA Functional Class III. symptoms are worse
mPAP increased to 52
9/30/14 RHC PCWP 15, PAP 67/40 (mPAP 52), PVR 426, CO 6.9

Gastroesophageal reflux disease (K21.9) - has severe GERD now at night and is waking pt up with chest pain hasbeen on Tums
suggested adding zantac OTC 2 tabs nightly
GERD may be aggrevated by adcirca

Bronchitis (J40)

## Problems

| | |
|---|---|
| Acute otitis externa (H60.509) (380.10) | Tapiz, John |
| Bronchitis (J40) (490) | Tapiz, John |
| Chronic hepatitis C (B18.2) (070.54) | Tapiz, John |

| | | |
|---|---|---|
| Chronic respiratory failure with hypoxia (J96.11) (518.83)<br>*Prognosis:* 7/2/2020 Alternative therapies such as (albuterol) have been tried and proven in-effective in treating this patients hypoxemia, therefore I am ordering long term oxygen at 2 lpm for this chronic and stable respiratory failiure with hypoxemia and PAH<br>12/4/2020 Alternative therapies such as (albuterol) have been tried and proven in-effective in treating this patients hypoxemia, therefore I am ordering long term oxygen at 2 lpm for this chronic and stable respiratory failiure with hypoxemia and PAH and noct hypoxemia<br>9/15/2021 stable adhering to tx benefitting from it will continue as is Alternative therapies such as (albuterol) have been tried and proven in-effective in treating this patients hypoxemia, therefore I am ordering long term oxygen at 2 lpm for this chronic and stable respiratory failiure with hypoxemia and PAH<br>*as of* 14-Feb-2025 | Tapiz, John | *Comments:* 10/26/2017 no major changes<br>12/12/18 continue O2 nigttly<br>12/10/19 Alternative therapies such as (albuterol) have been tried and proven in-effective in treating this patients hypoxemia, therefore I am ordering long term oxygen at 2 lpm for this chronic and stable respiratory failiure with hypoxemia and PAH<br>4/24/2020 Alternative therapies such as (albuterol) have been tried and proven in-effective in treating this patients hypoxemia, therefore I am ordering long term oxygen at 2pm for this chronic and stable respiratory failiure with hypoxemia and PAH . adherinf to O2 at night<br>6/4/2020 continue O2 nightyl as ordered has some pND |
| DISORDER, DEPRESSIVE NEC (311.) (311) | Tapiz, John | |
| DSORD, ORGANIC OBSTRUCTIVE SLEEP APNEA (327.23) | Tapiz, John | |
| Erythrocytosis (D75.1) (289.0)<br>*Prognosis:* 7/2/2020 has increased faituge will chekc blood test and thyroid left *as of* 14-Feb-2025 | Tapiz, John | |
| Fatigue (R53.83) (780.79)<br>*Prognosis:* 7/31/2020 did not get labs done pt will get it done *as of* 14-Feb-2025 | Tapiz, John | |
| Gastroesophageal reflux disease (K21.9) (530.81)<br>*Prognosis:* not able to tolerate PPI and zantac but taking too many tums ? caused weight gain<br>doing better with carafate once daily is sufficient<br>4/15/2015 due to severe diarrhea will switch to H2 blocker for now<br>ok to take immodium<br>4/5/19 Exacerbated with medication secondary to Adempas and Orenitram. However is taking H2 antagonist.<br>4/24/2020 stable on tx as ordered will continue to monitor<br>9/3/2020 PPI BID for now to see if helps<br>10/15/2020 continue PPI BID for now *as of* 14-Feb-2025 | Tapiz, John | *Comments:* has severe GERD now at night and is waking pt up with chest pain hasbeen on Tums<br>suggested adding zantac OTC 2 tabs nightly GERD may be aggreveted by adcirca |

| | | |
|---|---|---|
| HEPATITIS VIRAL C W/O HEPATIC COMA NOS (070.70) | Tapiz, John | |
| Hypoxemia (R09.02) (799.02)<br>*Prognosis:* 12/4/2015 on O2 nightly but has a lot of dry nose. will add nasal saline sprays<br>8/22/2017 on O2 nighily<br>10/26/2017 contiue O2 nightly<br>1/31/19 is on O2 at night<br>4/5/19 is on O2 nightly *as of* 14-Feb-2025 | Tapiz, John | |
| Mild intermittent asthma without complication (J45.20) (493.90)<br>*Prognosis:* 2/9/2018 controlled<br>1/31/19 has more dyspnea will add trial of LAMA<br>12/10/19 stable controlled<br>6/4/2020 minimal syptoms<br>10/15/2020 stable on tx as ordered will continue to monitor<br>12/4/2020 stable on tx as ordered will continue to monitor *as of* 14-Feb-2025 | Tapiz, John | |
| Obstructive sleep apnea (G47.33) (327.23)<br>*Prognosis:* Reiterated to pt needs to start on O2 nightly as hypoxemia can potentiate PH......<br>will see if can get a new O2 concentrator for pt to use<br>1/20/2016 feels worse. will increase O2 to 5lpm again and use SABA before sleep<br>10/26/2017 on O2 nightly<br>2/9/2018non L2 nightly *as of* 14-Feb-2025 | Tapiz, John | *Comments:* not able to tolerate CPAP |
| Post-COVID-19 condition (U09.9) (139.8)<br>*Prognosis:* 9/15/2021Status post Covid while was in Ohio. Was hospitalized with high flow nasal cannula was on steroid clinically doing better now on room air. Back to Las Vegas. Will need updated PFT shows follow-up CT eventually. *as of* 14-Feb-2025 | Tapiz, John | |
| Pulmonary hypertension, primary (I27.0) (416.0)<br>*Prognosis:* 10/26/2017 on opsumit, adcircca, 2 green and 1 yellow orenitram.<br>tired...working a lot. does not like the way orenitram makes him feel. he admanately does not want to take BID dosing. d/w pt regardign possibe Uptravi. also has priapism will need to strongly consider DC PDE5i. will need to consider riociguot as well<br>12/21/2017 needs echo. will consider swtich PDE5i to riociguot. will reasess<br>2/9/2018 per Eccho RVSP 40-45 Grade I diastolic. overll ok. will contiue as is consider riociquot if needed | Tapiz, John | *Comments:* WHO Group I, NYHA functional class III symptoms. Clinically seems worse based on ADLs and RHC 3/10. But patient is reluctant to try additional treatment. He is reluctant for Flolan. Does not want ERAs due to need for blood draws. Could not tolerate Ventavis.<br>8/14/14 not tolerating Letairis due to severe nasal congestion eventhough he did feel better<br>NYHA Func Class III<br>subjectively much worse now with chest tightness and restrictive feeling.<br>10/30/2014 HD worse. NYFA Functional Class III. symptoms are worse |

8/15/2018 Overall remained relatively stable. Last echocardiogram January RVSP only at 40. Continue to monitor. No changes with medication for now. Patient is able to do ADLs without difficulties.

12/12/2018 tadalafil does NOT work for pt must be on Branded Adcirca. However, patient symptom seems to be slightly worsening. Not as well-controlled as targeted goal. PDE 5 inhibitors may not be as effective we will switch patient to riociguot. Indication as well as treatment discussed with patient. Potential adverse effect also discussed the patient. Reassess in 4 weeks. Will eventually need echocardiogram.

1/31/19 tolerating adempas at BID dosing. will contineu to titrate every 2 wks as tolerates

4/5/19 Is tolerating treatment the subjective feels somewhat better although still remains tired. Will continue to wear with alternative titration dosage for the patient continue follow-up echocardiogram reassessing 6 to 8 weeks.

12/10/2019 on higher dose of remodulin and adempas continue tx as is

4/24/2020 take 2 in am and 1 oin afternoon will need echo ? need more meds

6/4/2020 needs to work on titration

7/31/2020 will reduce Adempas to daily again as no effect and has more cough and ? bloating

9/3/2020 orenitram 1 mg and 4 0.25 daily for now

will add 0.25 in the afternoon or increase to 0.25x2 in the afternoon

12/4/2020 will continue titration now at 2.5 mg daily

will add 0.25 mg (green) as tolerates up to 3mg total per day. *as of* 14-Feb-2025

mPAP increased to 52

9/30/14 RHC PCWP 15, PAP 67/40 (mPAP 52), PVR 426, CO 6.9

| | |
|---|---|
| RHINITIS, ALLERGIC NOS (477.9) | Tapiz, John |
| SYMPTOM, PAIN, CHEST NEC (786.59) | Tapiz, John |
| SYMPTOM, SHORTNESS OF BREATH (786.05) | Tapiz, John |
| Thrush of mouth and esophagus (B37.81) (112.84) | Tapiz, John |

## Allergies and Adverse Reactions

Albuterol *ANTIASTHMATIC AND BRONCHODILATOR AGENTS* ( Allergy )

Antibiotic *DERMATOLOGICALS* ( Allergy )

| | | |
|---|---|---|
| Medrol *CORTICOSTEROIDS* ( Allergy ) | | *Reaction:* Dermatitis , Rash |
| Prevacid *ULCER DRUGS* ( Allergy ) | | |
| Thorazine *ANTIPSYCHOTICS/ANTIMANIC AGENTS* ( Allergy ) | | |

## Medications

| | | |
|---|---|---|
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler ; 2 (two) q4 hours prn SOB (90 mcg/actuat) | | *Start:* 1-Dec-2023 |
| amoxicillin 875 mg-potassium clavulanate 125 mg tablet ; 1 (one) Tablet BID for 10 days<br>*Quantity:* 20 {Tablet}<br>*Refills:* 0 | *Ordered:* 14-Feb-2025<br>Tu, MD George S | *Start:* 14-Feb-2025 |
| amoxicillin 875 mg-potassium clavulanate 125 mg tablet ; 1 (one) BID (875-125 mg) | | *Start:* 14-Feb-2025 |
| omeprazole 20 mg capsule,delayed release ; 1 (one) Capsule BID for 90 days<br>*Quantity:* 180 {Capsule}<br>*Refills:* 4 | *Ordered:* 14-Feb-2025<br>Tu, MD George S | *Start:* 14-Feb-2025<br>*Comments:* updated script |
| omeprazole 20 mg capsule,delayed release ; 1 (one) BID (20 mg) | | *Start:* 14-Feb-2025<br>*Comments:* updated script |
| Orenitram 0.25 mg tablet,extended release ; 1 (one) two times daily (0.25 mg) | | *Start:* 6-Nov-2024 |
| Spiriva Respimat 2.5 mcg/actuation solution for inhalation ; 2 (two) qHS (2.5 mcg/actuat) | | *Start:* 6-Nov-2024<br>*Comments:* Please call us if PA is required |
| Tyvaso DPI 64 mcg cartridge with inhaler ; 1 (one) cartridge with inhaler QID for 30 days<br>*Quantity:* 120 {Each}<br>*Refills:* 12 | *Ordered:* 14-Feb-2025<br>Tu, MD George S | *Start:* 14-Feb-2025<br>*Comments:* updated script titrating up to 64mcg dosage |
| Tyvaso DPI 64 mcg cartridge with inhaler ; 1 (one) cartridge with inhaler QID for 30 days<br>*Quantity:* 120 {Each}<br>*Refills:* 12 | *Ordered:* 14-Feb-2025<br>Tu, MD George S | *Start:* 14-Feb-2025<br>*Comments:* Mail order. |
| Tyvaso DPI 64 mcg cartridge with inhaler ; 1 (one) QID (64 mcg) | | *Start:* 14-Feb-2025<br>*Comments:* updated script titrating up to 64mcg dosage |
| Ventolin HFA 90 mcg/actuation aerosol inhaler ; 2 (two) q4hours prn sob (90 mcg/actuat) | | *Start:* 27-Sep-2023 |

## Procedures

| | | |
|---|---|---|
| Colonoscopy | | *Status:* Completed 14-Feb-2025<br>*Comments:* Refused. |

| | |
|---|---|
| Complete Tendon Repair | *Status:* Completed<br>*Comments:* 2010 |
| COVID Vaccine- Pfizer | *Status:* Completed<br>*Comments:* none |
| Flu Vaccine | *Status:* Completed 14-Feb-2025<br>*Comments:* Refused. Never |
| Gall Bladder | *Status:* Completed<br>*Comments:* 2009 |
| Pneumovax 23 (Pneumococcal vaccine Polyvalent) | *Status:* Completed 14-Feb-2025<br>*Comments:* Refused. |
| PPD | *Status:* Completed<br>*Comments:* Negative:1999 |
| Right elbow | *Status:* Completed<br>*Comments:* 2010 |
| Right wrist | *Status:* Completed<br>*Comments:* 2010 |
| Skin Graph | *Status:* Completed<br>*Comments:* 1974 |

## Immunizations

| | | |
|---|---|---|
| Pneumococcal (2 yrs and up) PPSV23 | *Not Administered On:* 14-Feb-2025 | Patient Objection |

## Family History

### *Unknown Family Member*

| | | |
|---|---|---|
| Alcoholism | *Status:* Active | *Comments:* Family Members In General. |
| Arthritis | *Status:* Active | *Comments:* Family Members In General. |
| Cataracts | *Status:* Active | *Comments:* Family Members In General |
| Gallbladder Disease | *Status:* Active | *Comments:* Family Members In General. |
| Glaucoma | *Status:* Active | *Comments:* Family Members In General |
| Hemorrhoids | *Status:* Active | *Comments:* Family Members In General. |
| Hypertension | *Status:* Active | *Comments:* Family Members In General. |
| Liver Disease, Chronic | *Status:* Active | *Comments:* Family Members In General. |
| Lou Gehrig's Disease | *Status:* Active | *Comments:* Family Members In General |
| Respiratory Problems | *Status:* Active | *Comments:* Family Members In General |
| Ulcer Disease | *Status:* Active | *Comments:* Family Members In General. |

## Social History

Alcohol Use
- Tapiz, John -
  Exalcoholic and now drinks only small amounts socially.(Dictated 3/7/10)

Caffeine use: ; Coffee. Tea. Carbonated
beverages. 1 serving / day.

Current Work/Study Status

- Tapiz, John -
  Owns his own tattoo studio. In the remote past, he has done sales and contruction.(Dictated 3/7/01)

Drug Use

- Tapiz, John -
  Was a known intravenous drug abuser of heroin and cocaine who had been clean for many years and then
  relapsed about six months ago.(Dictated 3/7/02)

Pets/Animals: ; Cat.

- Tapiz, John -
  4 dogs and a bird.(Dictated 3/7/01)

Sleep History: ; Sleep Hours.

- Tapiz, John -
  6

Tobacco Use

- Tapiz, John -
  Smokes eight to ten cigars per day and has smoked tobacco products for 20 years.(Dictated 3/7/02)

**Smoking Status**

Tobacco smoking consumption unknown

**Birth Sex**

Male


## Foreign Travel

**No Known Foreign Travel History**
  Travel Date: 08/14/2014


## Plan of Treatment

**Planned Procedures**

| | | |
|---|---|---|
| VISIT COMPLEXITY INHERENT TO EVALUATION AND MANAGEMENT ASSOCIATED WITH MEDICAL CARE SERVICES THAT SERVE AS THE CONTINUING FOCAL POINT FOR ALL NEEDED HEALTH CARE SERVICES AND/OR WITH MEDICAL CARE SERVICES THAT ARE PART OF ONGOING CARE(G2211) | *Start:* 14-Feb-2025 | Intent |
| SINGLE PULSE OXIMETRY MEASUREMENT (94760) | *Start:* 14-Feb-2025 | Intent |

**Planned Encounters**

| | | |
|---|---|---|
| OV 3M FU NTO<br>LUNG CENTER OF NEVADA | *Start:* 7-May-2025<br>15:30-07:00<br>Tu, MD George S | Appointment Request |

### Instructions

| | | |
|---|---|---|
| FOLLOW UP IN 3 MONTHS<br>*Indication:* Pulmonary hypertension, primary | *Start:* 14-Feb-2025 | *Instruction Type:* Provider Instructions for Treatment |
| Study Results<br>*Indication:* Pulmonary hypertension, primary | *Start:* 14-Feb-2025 | *Instruction Type:* Provider Instructions for Treatment |
| PLAN<br>*Indication:* Pulmonary hypertension, primary | *Start:* 14-Feb-2025 | *Instruction Type:* Provider Instructions for Treatment |

## Results

No Known Results

No Result Information Available

## Vital Signs

14-Feb-2025 13:53-08:00

| | | |
|---|---|---|
| | Temperature 97.9 f | *Comments:* Method: Temporal |
| | Pulse 98 /min | *Comments:* Pattern: Regular |
| | Respiration Rate 20 /min | *Comments:* Pattern: Unlabored |
| | O2 SAT 95 % | |
| | FiO2 21 % | *Comments:* Room air |
| | BP Systolic 114 mm[Hg] | *Comments:* Patient Position: Sitting; Cuff Location: Left Arm; Cuff Size: Standard |
| | BP Diastolic 84 mm[Hg] | *Comments:* Patient Position: Sitting; Cuff Location: Left Arm; Cuff Size: Standard |
| | Weight 201 lb | |
| | Height 71 in | |
| | BMI 28.03 kg/m2 | |
| | BSA 2.11 m2 | |

## Advance Directives

HIPAA - Patient specified Unknown.

## Encounters

| | |
|---|---|
| Office Visit<br>*Encounter Diagnosis:* Pulmonary hypertension, primary , Gastroesophageal reflux disease , Bronchitis | 14-Feb-2025 13:45-08:00 *To* 14-Feb-2025 14:31-08:00<br>LUNG CENTER OF NEVADA |

## Payers

**Insurance Providers**

| | |
|---|---|
| MEDICARE PART B NEVADA / PO BOX 6776<br>PO BOX 6776 FARGO ND 58108-6776 US<br>tel:+1-(877)908-8431 | *Member ID:* ████████<br>*Group Number:* NONE |
| SELF PAY AFTER INSURANCE | *Member ID:* NONE<br>*Group Number:* 1 |

**Guarantors**

TIMOTHY N THURTLE
6105 LONESOME CACTUS ST LAS VEGAS
NV 89130-1054 US
tel:+1-(702)348-5300

## Health Care Providers

| Ambulatory Health Care Facilities<br>George S Tu MD | 3150 N Tenaya Way, Suite 125<br>Las Vegas, NV 89128<br>Address | (702)869-0855<br>Work Phone |
|---|---|---|
| Ambulatory Health Care Facilities<br>COUNG T NGUYEN M.D. | 10105 Banburry Cross Dr., Suite 460<br>Las Vegas, NV 89144<br>Address | (702)360-7600<br>Work Phone |
| Ambulatory Health Care Facilities<br>Jamila Merritt | 3150 N Tenaya Way Ste 125<br>Las Vegas, NV 89128<br>Address | (702)869-0855 x23004<br>Work Phone |
| Ambulatory Health Care Facilities<br>Ana M Bakalas | Address | (702)869-0855 x23012<br>Work Phone |
| Ambulatory Health Care Facilities<br>Susie Ortiz | Address | |
| Ambulatory Health Care Facilities<br>Joven Garcia | Address | |
| Ambulatory Health Care Facilities<br>Temp Backoffice | Address | |
| Ambulatory Health Care Facilities<br>Julie S Ojeda | Address | |
| Ambulatory Health Care Facilities<br>Maria Temp | Address | |
| Ambulatory Health Care Facilities<br>Maria e Hernandez | Address | |
| Ambulatory Health Care Facilities<br>Elizabeth Reveles | Address | |
| Ambulatory Health Care Facilities<br>Lisa A Webb-Tiffin | Address | |
| Ambulatory Health Care Facilities | | |

Chade Washington                                Address

---

Ambulatory Health Care Facilities
Alyssa Renteria                                  Address

---

Ambulatory Health Care Facilities
Robert Saldana                                   Address

---

Ambulatory Health Care Facilities
Kenneth Dobbins                                  Address

---

Ambulatory Health Care Facilities
Anthony Cabrera                                  Address

---

Ambulatory Health Care Facilities
Cheyenne Bituin                                  Address

---

Ambulatory Health Care Facilities
Claudia Perez                                    Address

---

Ambulatory Health Care Facilities
Estefani Preciado                                Address

---

Ambulatory Health Care Facilities
Michele Yagher                                   Address

---

Ambulatory Health Care Facilities
John Tapiz                                       Address

---

Ambulatory Health Care Facilities
Mary Antonette Dela Cruz                         Address

---

Ambulatory Health Care Facilities
Virginia Rivas                                   Address

---

Ambulatory Health Care Facilities
Adamaris SalazarGarcia                           Address

---

Ambulatory Health Care Facilities
Elena Rodriguez                                  Address

---

Ambulatory Health Care Facilities
Kyra Carlos                                      Address

---

Ambulatory Health Care Facilities
Sabrina Woods                                    Address

---

Ambulatory Health Care Facilities
Jessica Ortiz                                    Address

---

Ambulatory Health Care Facilities
System Manager          9280 W. Sunset Road, Ste 312     (702)737-5864 x0
                        Las Vegas, NV 89148              Work Phone
                        Address

---

Pharmacy
Walgreens Drug Store    5610 CENTENNIAL CENTER           (702)395-3282
                        BLVD                             Work Phone
                        LAS VEGAS, NV 891497104
                        Address

## Patient Contacts

---

Guarantor
TIMOTHY N THURTLE       ██████████████████████  ███████████        ████████████
                        LAS VEGAS, NV 89130-1054   Home Phone       ██████████ 
                        Address                                       Home Email

---

Emergency Contact (Family Member)



Unknown
Address

Home Phone

## Document Details

LUNG CENTER OF NEVADA; LUNG
CENTER OF NEVADA

653 N Town Center Dr, Suite 604
Las Vegas, NV 89144-0514
Address

(702)737-5864
Work Phone

February 14, 2025 14:31 -0800
Published

Powered by Allscripts™ Style Sheet V4.0.1



Medication List

Accredo Health Group, Inc.
PO BOX 954041
St Louis, MO 63195-4051
800-803-2523
Tax ID 11-3358535
Patient: Timothy Thurtle
Patient ID: 589833

## Tyvaso Dpi

 x 10

10 refills left

64 MCG

**Dose Instructions:** Inhale One 64 Mcg Cartridge Per Treatment Session, Four Times Daily, During Waking Hours.

Tear Off One Strip From The Blister Card, Containing All Four Doses For The Day.

Push Out 1 Cartridge From The Strip For The Upcoming Dose And Load Into Inhaler.

Store At Room Temperature. Do Not Re-refrigerate.

\*\*if Refrigerated, Cartridge And Inhaler Should Be Left Out At Room Temperature For 10 Minutes Prior To Use\*\*

Unopened Blister Cards May Be Stored At Room Temperature For Up To 8 Weeks.

If Stored In The Refrigerator, Do Not Use After The Expiration Date On The Strip Has Passed.

Opened Blister Strips Must Be Used Within 3 Days.

**Prescriber:** Tu, George

**Rx #:** ███████████

**Last Order:** 04/07/2025

Please call 800-803-2523 to fill this prescription.

*accredo*®

Medication List

Accredo Health Group, Inc.
PO BOX 954041
St Louis, MO 63195-4051
800-803-2523
Tax ID 11-3358535
Patient: Timothy Thurtle
Patient ID: 589833

**Delivery Verification**

ACCREDO HEALTH GROUP / RIO SALADO
DEPT. 650
2040 W RIO SALADO 101B
TEMPE AZ 85281
866.344.4874

Patient ID: ██████
Patient: TIMOTHY THURTLE
Ship Addr: ██████
LAS VEGAS, NV 89130-1054

Phone #: ██████
Alt #: ██████

| | |
|---|---|
| Ship Date: | 04/08/25 |
| Dispensing Branch: | 340 |
| Shipment ID: | 107027080 |
| Therapy: | **TYDP** |

All items sold by the Accredo Specialty Pharmacy are FSA eligible IIAS items.

### Prescription Drugs

| Rx | Product Description | QTY | NDC |
|---|---|---|---|
| 000000002518371 | TYVASO DPI 64MCG MAINTENANCE | 1 KIT | 66302-0664-03 |



@ 2024 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved.



The products and/or services provided to you by Accredo Health Group, Inc. are subject to the supplier standards contained in the Federal regulations shown at 42 Code of Federal Regulations Section 424.57(c). These standards concern business professional and operational matters (e.g. honoring warranties and hours of operation). The full text of these standards can be obtained at  http://www.ecfr.gov . Upon request, we will furnish you a written copy of the standard.

Your prescription may be processed by any pharmacy within the Express Scripts, Inc family of pharmacies.

**Additional medication instructions for:** TIMOTHY THURTLE

Below are additional instructions that did not fit on the medication's label.

**Prescribing doctor:** Dr. GEORGE TU                    **Filled by:** Express Scripts

**TYVASO DPI 64MCG MAINTENANCE**                    866.344.4874

Rx #: ▮▮▮▮▮▮▮▮          Strength:  64MCG          Day Supply: 28

Inhale one 64 mcg cartridge per treatment session, four times daily, during waking hours.   Tear off one strip from the blister card, containing all four doses for the day.  Push out 1 cartridge from the strip for the upcoming dose and load into inhaler.  Store at room temperature. Do not re-refrigerate.  **if refrigerated, cartridge and inhaler should be left out at room temperature for 10 minutes prior to use**   Unopened blister cards may be stored at room temperature for up to 8 weeks. If stored in the refrigerator, do not use after the expiration date on the strip has passed.  Opened blister strips must be used within 3 days.

**Your Account Information**

| | |
|---|---|
| **Patient ID:** | 589833 |
| **Patient:** | TIMOTHY THURTLE |
| **Shipment ID:** | 107027080 |
| **Shipping Address:** | ███████████ |

LAS VEGAS, NV 89130-1054



0003824999059



**accredo**®

**Specialty Pharmacy**



**866.344.4874**
24/7 access to pharmacists who are ready
to help you with your medications.

Whatever your question or concern, your call is
important to us. We appreciate the opportunity to be
your pharmacy partner throughout your therapy.

Your Accredo team can:
- Schedule a refill shipment
- Provide clinical support
- Answer billing or insurance questions.

 Download the **Accredo mobile app** or visit **accredo.com** to order refills, check order status and manage your specialty medications.

## About Your Order

We value you as a customer and want to provide you excellent customer service.  You can help us by verifying the accuracy of your shipments upon receipt. Please call your pharmacy team at the toll free number on your prescription vial to report any concerns regarding the timeliness, integrity, or any discrepancies concerning your shipment.

## Patient Counseling

**Make sure to read the enclosed information about your prescriptions before you take your medicine. If you have questions, you may contact one of our registered pharmacists, 24 hours a day, 7 days a week, at 866.344.4874 or the toll free number on your label.**
Call your doctor for medical advice about side effects. You may report side effects to the Food and Drug Administration (FDA) at 800.FDA.1088.

No olvide leer la información incluida acerca de sus medicinas recetadas antes de tomarlas. Si tiene alguna pregunta, puede ponerse en contacto con uno de nuestros farmacéuticos licenciados, las 24 horas del día, los 7 días de la semana, al **866.344.4874**. Llame a su médico para orientación médica acerca de los efectos secundarios. Usted puede informar los efectos secundarios a la Administración Federal de Alimentos y Drogas al 800.FDA.1088.

## What You May Need To Know

Accredo Health Group offers the care and convenience you deserve. You can always fill your specialty medication and check the status of your order through our interactive voice response (IVR) system. Please reference your welcome materials for dialing information or please call the toll free number on your prescription label. Please note that there are certain specialty medications that cannot be ordered through IVR. (IVR access is available at the discretion of your health plan.)

Accredo Health Group will be closed the following holidays:
New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and
Christmas Day.  If the holiday falls on Saturday Accredo will be closed the Friday before the
holiday.  If the holiday falls on a Sunday, Accredo will be closed the Monday after the holiday.
Accredo reserves the right to change the date closed and will notify patients of any such change.



A licensed pharmacist is available 24 hours a day, 7 days a week plus holidays for urgent issues relating
to your medication. Please call 866.344.4874 or the toll-free number located on your prescription label.



**Customer Service:** 866.344.4874     @ 2024 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved.

## Important Information

- **To update your allergies, vaccination records, medication history or health conditions, please call the toll free customer service number on your prescription label.** This helps protect you against potentially harmful drug interactions and allergies.

- **Medication return policy:** State law prohibits the return of prescription medications for resale or reuse. Accredo cannot accept the return of properly-dispensed prescription medications for credit or refund.

- **Proper disposal of medications and needles/syringes (sharps) can aid in the prevention of drug diversion and abuse, accidental ingestions, or consumption of old or expired medication by yourself or members of the household. For instructions, please refer to:**
    - https://www.fda.gov/consumers/consumer-updates/where-and-how-dispose-unused-medicines
    - https://safe.pharmacy/drug-disposal/
    - https://safeneedledisposal.org/

- **Controlled substance monitoring:** This pharmacy reports prescriptions for controlled and required non-controlled substances to prescription monitoring programs as required by law for states that have such a program. This information may be requested by specific individuals from state Prescription Drug Monitoring Programs for a limited number of purposes as authorized by state law.

- **Medication shipping guidelines:** Under certain circumstances, a medication's effectiveness may be affected by extremes of heat, cold, or humidity. Accredo follows FDA and manufacturer recommendations for the shipment of prescription medications so that the drug products delivered to you are protected. To ensure the effectiveness of your medication, Accredo uses special packaging and expedited shipping. You may also notice a change in the number of ice packs used or if they're frozen or un-frozen - these factors may be changed based on the time of year.

- **Comprehensive Clinical Care:** Accredo offers personalized patient care, education on your condition and 24-hour access to pharmacists who are specially trained in complex diseases. This means that we're available whenever you need us to discuss your medication, symptoms, side effects and anything that may affect your health. For patients receiving certain medications, Accredo recommends taking advantage of our disease-specific Specialty Clinical Care Management services, including regular contact with one of our nurses. All of this is provided at no additional cost. For more details, call the toll-free number on your prescription label to speak with a patient care advocate.

- **Insurance Changes:** To prevent your medication therapy from being interrupted, please let us know immediately about any change in your insurance. This will ensure a smooth transition and prevent shipping delays for your medications.

- **Social and Financial Support:** At Accredo, we know that living with illness can be difficult. That's why we're here to help. Our goal is to support you and your doctor so you receive the best possible care throughout your treatment. As advocates for your health, we are here to answer any questions you may have - even the stressful ones. Accredo team members are available to provide emotional support and to talk with you about any issue. They can also help identify community assistance programs in your area and programs that offer financial help.

- **Funding by Pharmaceutical Manufacturers:** As one of the nation's premier specialty pharmacies, Accredo provides many specialty pharmacy services to improve patient care. Some of these services, as well as other information and material, may be funded by pharmaceutical manufacturers; Accredo may receive financial compensation for these services.

- **Generic Substitution:** Accredo will substitute a lower-cost generic medication for a brand-name drug unless you or your doctor asked for a specific brand-name drug.

- **At Accredo Specialty Pharmacy,** our patients often have questions or want to share their experience about Accredo services or staff. In addition to the phone number on your prescription, you can email Accredo at AccredoRxHelp@accredo.com. This is just another way for Accredo to provide personalized support!

Accredo is your provider of specialty pharmacy services.

# ACCREDO HEALTH GROUP INC

Prescription Drug claim #: █████████████

Rx#: ████████████

Patient name: **Timothy Thurtle**    Date of visit: **04/08/2025**    Date received: **04/08/2025**

TYVASO DPI POW 64MCG

Current status: **Claim processed**

● Claim submitted ━━━━━━━━━━ ● Claim under review ━━━━━━━━━━ ● Claim processed

# Payment breakdown

| | | |
|---|---|---|
| Total drug cost | **$24,749.29** | ⊘ Processed - 04/08/2025 |
| Plan paid | **$24,749.29** | ⊘ Processed - 04/08/2025 |
| Other payments | **$0.00** | ⊘ Processed - 04/08/2025 |
| **Your share** | **$0.00** | |