SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264
LAUREN IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY THURTLE,<br><br>Defendant. | Case No. 2:24-cr-00229-APG-NJK<br><br>**Government's Notice of Expert Testimony** |

The United States of America, by and through Sigal Chattah, Acting United States Attorney, and Lauren Ibanez, Assistant United States Attorney, hereby gives notice of the following Expert Testimony pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G).

**Peter Beckwith – FBI Special Agent**

The United States, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, hereby provides to the defendant a written summary of the testimony of the Federal Bureau of Investigation (FBI) Special Agent Peter Beckwith. Special Agent Beckwith who is an expert in the interstate nexus of firearms, whom the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial, including as required by the rule, the witness's opinions, the basis and reasons for

1  those opinions, and the witness's qualifications and previous testimonies.

**The Witness's Qualifications and Testimonies**

The qualifications to testify are contained within his Curriculum Vitae, attached as Exhibit 1. Special Agent Beckwith has not published or authored any articles within the previous 10 years.

**The Witnesses Opinions**

The government expects that Special Agent Beckwith will testify that based on this training, education, and experience, as well as his research, observations, and analysis, that the Springfield Armory, Model Hellcat, 9MM pistol bearing serial number BY257031, that was recovered in this case was not manufactured in the state of Nevada and traveled in interstate commerce. Special Agent Beckwith is also expected to testify that the Springfield Armory, Model Hellcat, 9MM pistol is a firearm designed to expel a projectile by the action of an explosive. Special Agent Beckwith is further expected to testify that the make and model of the firearm listed above is not manufactured in the state of Nevada and that any make and model firearm listed above located in Nevada would have traveled in interstate commerce. Finally, Special Agent Beckwith is expected to testify regarding the methodologies he employed in his analysis and any other area that is within his area of expertise which is helpful to the jury's comprehension of relevant issues and facts in this case. A complete statement of the opinions that the government will elicit from Special Agent Beckwith during its case-in-chief, and the bases and reasons for them, are attached as Exhibit 2.

///

///

## The Basis and Reasons for the Witness's Opinions

Special Agent Beckwith's opinions are based on his personal examination of the results which were produced, as well as his training, education, experience and expertise as an FBI Special Agent. Special Agent Beckwith's expert opinions, and the basis for those opinions, are set forth more in Exhibit 2.

Reviewed and approved by: _____
PETER BECKWITH
FBI SPECIAL AGENT

## REQUEST FOR RECIPROCAL DISCOVERY

Pursuant to Rule 16 (b)(1)(C), the United States respectfully requests reciprocal discovery in the form of notice of any possible experts, a description of their qualifications, and a summary of any possible expert testimony to be elicited or given by defense witnesses at trial.

DATED: August 4, 2025

SIGAL CHATTAH
Acting United States Attorney

/s/ Lauren Ibanez
_____
LAUREN IBANEZ
Assistant United States Attorney