# Exhibit 1

# Exhibit 1



Curriculum Vitae
Peter Beckwith, Special Agent
Certified Firearms Specialist
Federal Bureau of Investigation

I, Peter Beckwith, hereby decree and state:

1. I have been a Law Enforcement Officer since 2018 and am currently employed with the Federal Bureau of Investigation (FBI), United States Department of Justice. As a Special Agent with the FBI, I have investigated violent crimes, including bank robbery, gang crimes pertaining to federal racketeering, drug trafficking, and firearms violations.

2. I have acquired knowledge and experience directly related to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports and official correspondence related to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

3. I have contacted the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) National Tracing Center and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms.

4. I have a Master's of Science Degree in Strategic Intelligence from the National Defense University, Washington, D.C.

5. I am a Certified Firearms Specialist and FBI Firearms Instructor and have received formal law enforcement training as it pertains to firearms handling, manipulation, nomenclature, place of manufacture and to the recognition and identification of firearms and ammunition. This training includes, but is not limited to the following:

    a. US Army Infantry Basic Training (1986)
    b. US Army Ranger School (1990)
    c. US Army Special Forces Qualification Course (1997)
    d. US Army Combat Skills Course (2005)
    e. FBI Academy (2018)
    f. Advanced Law Enforcement Rapid Response Training (2018)
    g. FBI Las Vegas Primary Defensive Tactics Instructor (2019)
    h. International Firearms Specialist Academy (2019)
    i. Certified Firearms Specialist (2019)

    j. FBI Special Weapons and Tactics (SWAT) Operator (2019)
    k. FBI Firearms Instructor (2020)
    l. FBI SWAT Certification (2021)
    m. FBI Tactical Instructor (2021)
    n. FBI Pistol Mounted Optic Course (2021)
    o. FBI Overseas Survival and Awareness Program (2022)
    p. Combat Pistol Course with JJ Racaza (Howitzer MFG) (2023)
    q. FBI Overseas Survival Awareness Program Instructor (2023)
    r. Pistol Mounted Optic Course (2024)
    s. Defensive Tactics and Tactical Instructor at the FBI Academy (2024-2025)

6. I have a personal interest in the history, collection, nomenclature, and sporting and professional use of firearms and ammunition. I have also accumulated personal reference materials related to firearms and ammunition in order to remain familiar with firearms and firearms trends. I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as common firearms proof marks utilized by numerous foreign countries.

7. As part of my employment with the FBI, I have attended several firearms courses and schools that pertain to the safe handling, operation and function, firing and cleaning of many different types and brands of firearms.

8. That I have qualified on numerous occasions as a Distinguished Expert in various domestic and foreign firearms with The US Army Infantry School, the US Army Special Warfare Center and the FBI. I have instructed soldiers from foreign militaries and in the US Army as well as Special Agents in the FBI on how to properly zero and qualify with their assigned weapons.

_____
Peter Beckwith, FBI Special Agent
Certified Firearms Specialist
4 August 2025

2