# Exhibit 2

# Exhibit 2

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry    05/28/2024

    On 22 May 2024, FBI Special Agent (SA) Peter Beckwith examined a firearm for purposes of determining classification under Title 18 United States Code Chapter 44 and whether it moved in interstate or foreign commerce.

**Firearms Examination:**

    On 22 May 2024, SA Beckwith physically examined the following firearm's and cartridges' markings, which include the serial number, name of manufacturer, model and caliber or gauge, and also, when applicable, the importer. The exhibits are described as follows:

**Exhibit 1:** Springfield Armory pistol, Model Hellcat, chambered in 9mm, bearing serial number BY257031.

**Exhibit 2:** 4 x 9mm cartridges, bearing headstamp "CCI NR•9mm LUGER"

**Exhibit 3:** 1 x 9mm cartridge, bearing headstamp "MAXXTech 9mm LUGER"

**Exhibit 4:** 15 x 9mm cartridges, bearing headstamp "Hornady 9mm LUGER"

**Exhibit 5:** 10 x 9mm cartridges, bearing headstamp "JAG 9mm LUGER +P"

In addition to the physical examination, Exhibits were researched via the firearm or ammunition manufacturer as required.

**Findings:**

    Based on the physical examination of each exhibit, in conjunction with the research, knowledge and experience of SA Beckwith, it is his opinion that:

Exhibit 1 was manufactured by HS Produkt in Osalj, Croatia, imported by Springfield Armory Inc., Geneseo, IL.

Exhibit 2 was manufactured by CCI-Speer in Lewiston, ID.

Exhibit 3 was manufactured by Pobjeda Technology in Gorazde, Bosnia and

Investigation on   05/22/2024   at   Las Vegas, Nevada, United States (In Person)

File #   4-LV-3914847, 62-HQ-C2214853-NIBINAQ, 281D-HQ-C1147186-FirearmsNexus     Date drafted   05/28/2024

by   BECKWITH PETER

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10) Case 2:24-cr-00229-APG-NJK    Document 42-2    Filed 08/04/25    Page 3 of 3

4-LV-3914847

Continuation of FD-302 of (U) Firearms and Ammunition Exam and Interstate Nexus Determination, On 05/22/2024, Page 2 of 2

Herzegovina.

Exhibit 4 was manufactured by Hornady Manufacturing Company in Grand Isle, NE.

Exhibit 5 was manufactured by AMMO Inc. in Manitowoc, WI

**Conclusion:**

Exhibit 1 is a firearm as defined in Title 18, United States Code, Chapter 44, Section 921(a)(3) and was not manufactured in the State of Nevada.

Exhibits 2-5 are ammunition as defined in Title 18, United States Code, Chapter 44, Section 921(a)(17)(a) and were not manufactured in the State of Nevada.

**Opinion:**

It is the opinion of SA Beckwith that if the firearm or ammunition was received and/or possessed in the State of Nevada, they traveled in or affected interstate commerce.

US-000026