SIGAL CHATTAH
Acting United States Attorney
Nevada Bar No. 8264
LAUREN IBANEZ
ROBERT KNIEF
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
lauren.ibanez@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>TIMOTHY THURTLE,<br><br>         Defendant. | Case No.: 2:24-cr-0229-APG-NJK<br><br>**Joint Statement of the Case** |

The government and defendant hereby submit their joint statement of the case.

The government alleges that Timothy Thurtle is prohibited from possessing a firearm and that on or about April 10, 2024, Thurtle possessed a firearm.

///

///

///

///

1. Timothy Thurtle denies the above allegations.

2. DATED this 2nd of September, 2025

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

 /s/ Lauren M. Ibanez
LAUREN M. IBANEZ
ROBERT KNIEF
Assistant United States Attorneys

 /s/ Erick Ferran
Erick Ferran
Attorney for Defendant