SIGAL CHATTAH
Acting United States Attorney
Nevada Bar No. 8264
LAUREN M. IBANEZ
ROBERT KNIEF
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
lauren.ibanez@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY THURTLE,<br><br>　　　　　Defendant. | Case No.: 2:24-cr-0229-APG-NJK<br><br>**Government's Proposed Voir Dire** |

The government proposes the following *voir dire* questions:

1. Has anyone had a negative interaction with the following agencies:

    a. the Las Vegas Metropolitan Police;

    b. the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), or

    c. the Federal Bureau of Investigation (FBI);

    d. the United States Attorney's Office?

2. Does anyone have a negative viewpoint/perception of the following agencies:

    a. the Las Vegas Metropolitan Police;

    b. the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), or

    c. the Federal Bureau of Investigation (FBI);

    d. the United States Attorney's Office?

1

3.   Does anyone have a family member or close friend that has been arrested for criminal charges?

      a.   What was the result?

4.   Does anyone believe the police or law enforcement are untrustworthy?

5.   Has anyone been a victim of a crime?

6.   Does anyone take issue with the way federal government, including the FBI and the Department of Justice enforces the law?

7.   Has anyone ever sued the federal government?

8.   Does anyone own firearms?

      a.   If yes, how many?

9.   Has anyone purchased a firearm from a Federal Firearms Licensee?

10. Does anyone feel that the federal government overregulates the purchase of firearms?

11. Does anyone feel that the federal government does not do enough to regulate the purchase of firearms?

12. Does anyone believe that there should be no law preventing the possession of firearms?

13. Has anyone previously worked in law enforcement?

14. Does anyone have a family member or close friend that worked in law enforcement?

15. Is anyone an attorney (current or former)?

      a.   What are the details of your practice? Employer?

16. Has anyone previously served on a jury?

      a.   Details of the case?

1     b. Did you reach a verdict?

2     c. What was the verdict?

3

4  DATED: this 2nd day of September, 2025.

5       Respectfully submitted,

6

7        SIGAH CHATTAH
         United States Attorney

8        */s/ Lauren M. Ibanez*
         LAUREN M. IBANZ

9        ROBERT KNIEF
         Assistant United States Attorneys

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24