ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
HITZKE & FERRAN LLP.
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.:* (*702) 476-9668*
*Facsimile No.: (702) 462-2646*
*erick.ferran@hitzkelaw.com*
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | CASE NO.: 2:24-cr-00229-APG-NJK |
|---|---|
| Plaintiff, | **DEFENDANTS PROPOSED VOIRE DIRE** |
| vs. | |
| TIMOTHY THURTLE, | |
| Defendant. | |

COMES NOW the Defendant, TIMOTHY THURTLE, by and through his counsel of record, ERICK M. FERRAN, ESQ., from the las office of HITZKE & FERRAN LLP., and hereby proposes the following *Voir Dire* questions:

**I.    General Background**

1. Have you or any close family members ever worked in law enforcement, the military, or the legal profession?

2. Is there any reason you feel you could not give your full attention and be a fair and impartial juror in this case?

3. Do you know of any personal bias, hardship, or prior knowledge of the case that would prevent you from serving?

4. Have you ever served on a jury before? If yes:

    o   Was it civil or criminal, and did you reach a verdict?

**II.    Presumption of Innocence & Burden of Proof**

5. The law requires that the defendant be presumed innocent unless and until the government proves guilt beyond a reasonable doubt.
    - Does anyone have difficulty following that principle?
6. If the defendant chooses not to testify, would you hold that against him?

**III.    Views on Firearms**

7. Do you, your family, or close friends own firearms? If yes:
    - For what purpose (hunting, self-defense, sport, employment)?
    - Do you belong to any organizations that advocate for or against gun rights (e.g., NRA, gun-control groups)?
8. Do you have strong personal beliefs about firearms or gun laws (positive or negative) that might influence your ability to be fair in this case?
9. Have you or anyone close to you ever been the victim of a crime involving a firearm?
    - If yes, would that experience affect your ability to judge this case fairly?

**IV.    Law Enforcement Credibility**

10. This case may involve testimony from law enforcement officers.
    - Would you give their testimony more or less weight simply because they are officers?
11. Do you believe law enforcement sometimes makes mistakes, or would you assume officers are always correct?

**V.    Criminal Justice System Experience**

12. Have you or someone close to you ever been charged with or convicted of a crime?
    - Would that experience affect how you view this case?
13. Do you believe that if someone has been accused of a crime, they are probably guilty?

### VI. Firearms-Specific Legal Issues

14. This case may involve allegations that the defendant possessed a firearm when it was unlawful for him to do so.
    - Do you understand that possession of a firearm is not always unlawful?
    - Could you fairly apply the law as instructed, even if you personally disagree with it?

15. Do you have strong views about the Second Amendment that would make it difficult for you to convict someone if the law prohibits them from possessing a firearm?
    - Do you have strong views about gun control that would make it difficult for you to fairly consider defenses or arguments in this case?

DATED this 2ND day of September 2025.

                                      **HITZKE & FERRAN LLP.**

/s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an attorney of counsel with HITZKE & FERRAN LLP., and that on this 2ND day of September 2025, I did cause a true and correct copy of:

**DEFENDANTS PROPOSED *VOIR DIRE***

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing system in this action, including:

Lauren Ibanez, Esq.
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Boulevard
Las Vegas, Nevada 89101
Lauren.Ibanez@usdoj.gov

Robert Knief, Esq.
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Boulevard
Las Vegas, Nevada 89101
Robert.Knief@usdoj.gov

/s/ Erick M. Ferran, Esq.
*An employee of Hitzke & Ferran LLP.*