<u>GOVERNMENT EXHIBIT LIST</u>

Case No. 2:24-cr-0229-APG-NJK
*United States v. Timothy Thurtle*

| DATE ADMITTED | DATE MARKED | EXHIBIT NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | 1 | Officer Butler | BWC Footage of Traffic Stop/Arrest |
| | | 2 | Officer Butler/SA VanSickle | Picture of Firearm – 1 |
| | | 3 | Officer Butler/SA VanSickle | Picture of Firearm – 2 |
| | | 4 | SA VanSickle | Actual Firearm |
| | | 5 | SA VanSickle | VanSickle Nexus Report |
| | | 6 | | Certified Judgment of Conviction (Theft) |
| | | 7 | | Certified Plea Agreement (Theft) |
| | | 8 | | Certified Judgment of Conviction (Assault with a Deadly Weapon) |
| | | 9 | | Certified Plea Agreement (Assault with a Deadly Weapon) |