# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br>v.<br><br>TIMOTHY THURTLE<br><br>  Defendant | Case No.: 2:24-cr-00229-APG-NJK<br><br>**Order for Supplement to Motion to Reopen Detention Proceedings**<br><br>[ECF No. 61] |

Timothy Thurtle moves to reopen his detention proceedings because the warden at the Nevada Southern Detention Center (NSDC) has refused to allow Thurtle's wife to deliver needed medication. ECF No. 61. This morning I was informed by United States Marshal Gary Schofield that he spoke to the NSDC warden, and the warden informed Marshal Schofield that he is now allowing Thurtle's wife to deliver the medication. Therefore, it appears the motion is moot. Out of an abundance of caution, I order Thurtle's counsel to confirm that delivery has resumed and to file a supplement to his motion either confirming the motion is now moot or stating what he learned that is different from the above. The supplement must be filed by October 17, 2025.

DATED this 14th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE