ERICK M. FERRAN, ESQ**.**
Nevada State Bar No. 9554
HITZKE & FERRAN LLP**.**
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*erick.ferran@hitzkelaw.com*
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY NEAL THURTLE,<br><br>Defendant. | CASE NO.: 2:24-cr-00229-APG-NJK<br><br>**SUPPLEMENT TO DEFENDANT'S EMERGENCY MOTION TO REOPEN DETENTION PROCEEDINGS PURSUANT TO**<br>**18 U.S.C. § 3142(f) and Fed. R. Crim. P. 46** |

COMES NOW the Defendant, TIMOTHY NEAL THURTLE, by and through his counsel of record, Erick M. Ferran, Esq., from the law office of Hitzke & Ferran LLP., and files this instant Supplement to Defendant's Emergency Motion to Reopen Detention Proceedings Pursuant to 18 U.S.C. § 3142(f) and Fed. R. Crim. P. 46.

On October 14, 2025, this Court directed defense counsel to confirm whether the Nevada Southern Detention Center, operated by CoreCivic, had resumed accepting Defendant Thurtle's prescribed medication from his wife and to file a supplement either confirming that the motion is moot or reporting otherwise.

Counsel has now confirmed that, as of October 14, 2025, CoreCivic has resumed accepting and administering Defendant Thurtle's prescribed medication as previously authorized. Accordingly, the issue giving rise to Defendant's emergency motion has been resolved, and the motion is now moot for the present time. The issue that has now arisen is that Defendant, due to his custodial status and not being able to "renew his grant," will no longer have insurance coverage and/or a grant to subsidize payment of the medication after this most recent 30-day supply.  It is

unclear whether CoreCivic will shoulder the cost of the medication following the end of the 30 day supply (ending on or about October 24, 2025).

Defendant therefore respectfully notifies the Court that no further action is required on the Emergency Motion [ECF No. 61] until it is determined whether or not the medication will be covered by CoreCivic or some other entity after the current order is consumed by the Defendant.

DATED this 17TH day of October 2025.

**HITZKE & FERRAN LLP.**

/s/ Erick M. Ferran, Esq.
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*erick.ferran@hitzkelaw.com*
*Attorneys for Defendant*

# DECLARATION OF COUNSEL

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

ERICK M. FERRAN, ESQ., being duly sworn, deposes and says that:

1. I am an attorney duly licensed to practice in the State of Nevada and before this Court.
2. I am over the age of eighteen (18) and I have personal knowledge of all matters set forth herein.
3. I make this declaration pursuant to 28 U.S.C. § 1746, Fed. R. Crim. P. 47, and Local Criminal Rule 47-3 of the District of Nevada, which authorizes factual declarations in support of motions and supplements.
4. I am retained by and represent Defendant Timothy Thurtle in the above-captioned matter.
5. If called to do so, I would competently and truthfully testify to all matters set forth herein, except for those matters stated to be based upon information and belief.
6. Following the Chamber's Order filed on the parties on October 14, 2025, I contacted Defendant's wife, Denise Thurtle, who advises the undersigned that representatives of CoreCivic at the Nevada Southern Detention Center have advised her that they will resume accepting Defendant's medications.
7. Based on this confirmation, the issue the prompted Defendant's Emergency Motion to Reopen Detention Proceedings [ECF No. 61] has been resolved.
8. Accordingly, the relief sought in Defendant's Motion is now moot at this time, at least until the current 30-day supply of medication expires towards the end of October 2025.
9. Upon information and belief, due to Thurtle's incarceration, his insurance coverage has expired and the cost of the medication, which is $24,749.29 for a 30-day supply, will no longer be covered.
10. Upon information and belief, the grant for which Thurtle was awarded to pay for the cost of the medication has also expired.

11. Based upon information and belief, upon review of the information attached hereto as EXHIBIT A, the total cost of the medication is $24,749.29.

12. Previous exhibits provided this Honorable Court, support and demonstrate the necessity of Thurtle receiving the medication due to his diagnosed Pulmonary Arterial Hypertension.

13. Given that the medication being prescribed is necessary for Thurtle to maintain symptom control, daily function, and quality of life, the undersigned respectfully requests, that the government and/or CoreCivic immediately assume financial responsibility for Thurtle's prescription medication. If they will not be assuming this cost, then there would be a continued basis for the underlying motion to be heard by this Court.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

DATED this 17TH day of October 2025.

*/s/ Erick M. Ferran, Esq.*
Nevada State Bar No.: 9554
Attorney for Defendant Timothy Thurtle

**CERTIFICATE OF SERVICE**

I hereby certify that I am an attorney of counsel with HITZKE & FERRAN LLP., and that on this 17TH day of October 2025., I did cause a true and correct copy of:

**SUPPLEMENT TO DEFENDANT'S EMERGENCY MOTION TO REOPEN**

**DETENTION PROCEEDINGS PURSUANT TO**

**18 U.S.C. § 3142(f) and Fed. R. Crim. P. 46**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing system in this action, including:

Lauren Ibanez, Esq.
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Boulevard
Las Vegas, Nevada 89101
Lauren.Ibanez@usdoj.gov

Robert Knief, Esq.
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Boulevard
Las Vegas, Nevada 89101
Robert.Knief@usdoj.gov

/s/ Erick M. Ferran, Esq.
*An employee of Hitzke & Ferran LLP.*

# EXHIBIT A

# accredo®

# Order History

Accredo Health Group, Inc.
PO BOX 954041
St Louis, MO 63195-4051
866-943-9044
Tax ID 11-3358535

Placed 09/23/2025

| | |
|---|---|
| Patient | Timothy Thurtle |
| Patient ID | ▉▉▉▉▉▉▉▉▉▉ |
| Billing Address | ▉▉▉▉▉▉▉▉▉▉ |
| | Las Vegas, NV 89130 |

## Order 113613239

**Date of Service** 09/23/2025

**TYVASO DPI 64MCG MAINTENANCE KIT 112'S**
Qty 1 / 28-days supply
Rx ▉▉▉▉▉▉▉▉▉ / NDC ▉▉▉▉▉▉▉▉▉
Prescriber Dr. George Tu  /  Prescriber NPI 1720037898
Pharmacy NPI 1629029251

Shipped 09/23/2025
Delivered 09/24/2025

| | | |
|---|---|---:|
| Amount Charged | TYVASO DPI 64MCG MAINTENANCE KIT 112'S | $24,749.29 |
| Insurance Paid | OPTUMRX | ($24,749.29) |
| Copay Assist Paid | | $0.00 |
| Customer Paid | | $0.00 |
| Insurance Due | OPTUMRX | $0.00 |
| Copay Assist Due | | $0.00 |
| Customer Due | | $0.00 |

**accredo**®

Accredo Health Group, Inc.
PO BOX 954041
St Louis, MO 63195-4051
866-943-9044
Tax ID 11-3358535

# Order History

Placed 09/23/2025

---

Pay Online Accredo.com
Pay by Mail, please return this portion with your payment.

**accredo**®

Please print your Patient ID (███████) on your check.
If you have any questions about your bill, please call 866-943-9044.

| Patient | Timothy Thurtle |
| Patient ID | ███████ |
| Billing Address | ███████ |
| | Las Vegas, NV 89130 |

**Amount Enclosed**

$ ☐☐☐☐☐.☐☐

**Make checks payable to:**

Accredo Health Group, Inc.
PO BOX 954041
ST LOUIS, MO 63195-4051

Generated on 10/15/2025 at 08:43 PM CST for Timothy Thurtle.   Page 2 of 2
This may not reflect pending transactions. All items sold by Accredo Health Group are IIAS items.