**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br>v.<br><br>TIMOTHY THURTLE<br><br>　　　Defendant | Case No.: 2:24-cr-00229-APG-NJK<br><br>**Order Denying Motion to Reopen Detention Proceedings**<br><br>[ECF No. 61] |

　　Based on Timothy Thurtle's supplement (ECF No. 65),

　　I HEREBY DENY Thurtle's motion to reopen detention proceedings (ECF No. 61) without prejudice, as moot.

　　DATED this 24th day of October, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE